# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0942
LT Case No. 05-2014-CF-034222-A

_____

DONTAVIS OLAJUWON GRIMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Brevard County.
Michelle L. Naberhaus, Judge.

Bryan D. Savy, of Bross & Savy, PLLC, West Melbourne,
for Appellant.

No Appearance for Appellee.

June 16, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____